IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RAINBOW TRANSPORT INC. | )   Case No:  03-64367 |
| | )   Chapter 7 |
| | ) |

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above mentioned case.

2. On the 27th day of December, 2013, Trustee issued check numbers 20171 in the amount of $4,650.00 and check number 20179 in the amount of $8,935.62 to Jose Leal Jr.  Said checks has not been executed and has been returned/unable to forward making the checks void

3. The last known address of the person/entity entitled to said check is: Jose Leal Jr., RT 3 Box 61516, Los Fresnos, TX 18566.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

/s/Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee
Attorney ID #9015-45
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376