UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE: )
)
Rainbow Transport Inc. ) Case: 03-64367
) Chapter: 7
Debtor(s) )

FILED
2014 SEP 29 PM 1:02
CHRISTOPHER M. DeTORO
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

## AFFIDAVIT OF OWNERSHIP

I, Pedro Ruiz Jr., under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct.

1. I request an order releasing the total amount of $5475.83, which is the sum of monies deposited with the court in the above referenced case.

2. I am the legal owner of the unclaimed funds and, therefore, entitled to payment of said funds listed herein. I have not transferred or assigned said funds to any other entity.

3. The following is my current address and phone number:
   Pedro Ruiz, Jr
   212 W 10th St
   La Joya, TX. 78560
   (956) 578-2105

4. I pray the court will accept this Affidavit of Ownership and grant an Order releasing the unclaimed funds pursuant to the Application for Payment of Unclaimed Funds.

Dated 09/24/14    By: /s/ Pedro Ruiz Jr
                      Pedro Ruiz Jr

STATE OF Texas, COUNTY OF Hidalgo

On September 24, 2014 before me, personally appeared Pedro Ruiz Jr.
Personally know to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity(ies), and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instruments.
WITNESS my hand and official seal.

Notary Public

My commission expires on 07-07-2015

(SEAL)
LINDA G. SARABIA
Notary Public, State of Texas
My Commission Expires
July 07, 2015