UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA



FILED

2014 OCT 31  AM 11: 34

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

IN RE:                )
                      )
Rainbow Transport Inc.   )   Case: 03-64367
                      )   Chapter: 7
     Debtor(s)        )

## AFFIDAVIT OF OWNERSHIP

I, Linda Sarabia attorney in fact for Hugo Sarabia, Jr., under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct.

1. I request an order releasing the total amount of $4,536.13, which is the sum of monies deposited with the court in the above referenced case.

2. Hugo Sarabia, Jr. is currently incarcerated in the Federal Correctional Institute of Bastrop, TX. I have been appointed as Hugo Sarabia, Jr. attorney-in-fact during his incarceration.

3. I am the legal owner of the unclaimed funds and, therefore, entitled to payment of said funds listed herein. I have not transferred or assigned said funds to any other entity.

4. The following is my current address and phone number:
   Linda Sarabia
   521 Melos Ln.
   Palmview, TX. 78574-0301
   (956) 655-2793

5. I pray the court will accept this Affidavit of Ownership and grant an Order releasing the unclaimed funds pursuant to the Application for Payment of Unclaimed Funds.

Dated  9/24/14       By: _____
                          Linda Sarabia

STATE OF Texas, COUNTY OF Hidalgo

On Sept. 24, 2014 before me, personally appeared Linda Sarabia
Personally know to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity(ies), and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instruments. WITNESS my hand and official seal.

DIANA MARGOT GARCIA
My Commission Expires
July 29, 2017
(SEAL)

_____
Notary Public

My commission expires on 7/29/17





Hidalgo County
Arturo Guajardo Jr.
County Clerk
Edinburg, TX 78540

70 2013 02406496

Instrument Number: 2013-2406496

Recorded On: April 29, 2013    As Recording

Parties:
To

Billable Pages: 2
Number of Pages: 3

Comment: POWER OF ATTORNEY

** Examined and Charged as Follows: **

Recording             20.00
Total Recording:      20.00

************ THIS PAGE IS PART OF THE INSTRUMENT ************
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**
Document Number: 2013-2406496
Receipt Number: 1354036
Recorded Date/Time: April 29, 2013 03:03P

User / Station: I Hidalgo - Cash Station 04

**Record and Return To:**
LINDA SARABIA
205 WEST VETERANS BOULEVARD
MISSION TX 78572



STATE OF TEXAS
COUNTY OF HIDALGO

I hereby certify that this instrument was FILED in the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Hidalgo County, Texas

Arturo Guajardo Jr.
County Clerk
Hidalgo County, TX

# STATUTORY DURABLE POWER OF ATTORNEY

2406496

[NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, CHAPTER XII, TEXAS PROBATE CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.]

THE STATE OF TEXAS §
§
COUNTY OF HIDALGO §

I, HUGO ELIO SARABIA, JR., Social Security Number being XXX-XX-7699, address being 308 Claveles Street, Mission, Hidalgo County, Texas 78572, appoint my wife, LINDA SARABIA, as my attorney-in-fact to act for me in any lawful way with respect to the following initialed subjects:

[TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS]

[TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING]

[TO WITHHOLD A POWER, DO NOT INITIALIZE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD]

INITIAL

_____ (A) real property transactions;

_____ (B) tangible personal property transactions;

_____ (C) stock and bond transactions;

_____ (D) commodity and option transactions;

_____ (E) banking and other financial institutions transactions;

_____ (F) business operating transactions;

_____ (G) insurance and annuity transactions;

_____ (H) estate, trust and other beneficiary transactions;

_____ (I) claims and litigation;

_____ (J) personal and family maintenance;

_____ (K) benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;

_____ (L) retirement plan transactions;

_____ (M) tax matters;

_____ (N) ALL OF THE POWERS LISTED IN (A) THROUGH (M). YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney is not affected by my subsequent disability or incapacity.

This power of attorney is to become effective upon the date it is executed.

I agree that any third party who receives a copy of this document must act under it. Revocation of the durable power of attorney is not effective as to a third party until the third party receives actual notice of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 22nd day of March, 2013.

_____
HUGO ELIO SARABIA, JR.

THE STATE OF TEXAS        §
                          §
COUNTY OF   HIDALGO       §

YVONNE GUAJARDO
Notary Public, State of Texas
My Commission Expires
August 23, 2013

This instrument was acknowledged before me this 22nd day of March, 2013, by HUGO ELIO SARABIA, JR.

_____
Notary Public, State of Texas