UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RAINBOW TRANSPORT, INC. ) | CASE NO.  03-64367-jpk |
| ) | Chapter 7 |
| Debtor. ) | |

<u>ORDER CONCERNING AFFIDAVIT OF OWNERSHIP ["AFFIDAVIT"]</u>

     The Affidavit was filed a on October 31, 2014, as record number 230.  It was filed by a Linda Sarabia,  apparently on behalf of Hugo Sarabia, Jr., in order to seek to claim funds deposited in the court's registry which are payable to Hugo Sarabia, Jr, but have not been claimed by him.  Having reviewed record number 230, the court determines that the filing is essentially in proper form to allow Linda Sarabia to request payment of unclaimed funds on behalf of Hugo Sarabia, Jr.  However, there's been no evidence of notice to the United States Attorney as required by 28 U.S.C. § 2042.

     IT IS ORDERED that the court will take no action with respect to the record number 230 filing until notice to the United States Attorney has been provided by serving a copy of the record number 230 filing upon the Office of the United States Attorney for the Northern District of Indiana at 5400 Federal Plaza, Suite 1500, Hammond Indiana 46320, and a certificate of service has been filed with the court evidencing that service upon the United States a Attorney.  Dated at Hammond, Indiana on December 4, 2014.

                                                   /s/ J. Philip Klingeberger
                                                   J. Philip Klingeberger, Judge
                                                   United States Bankruptcy Court

<u>Distribution</u>:
Debtor, Attorney for Debtor
Trustee, US Trustee
Linda Arabia, 521 Melos Ln., Plainview, TX 78574-0301