UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| RAINBOW TRANSPORT, INC. | ) | CHAPTER 7 |
|     DEBTOR | ) | CAUSE NO. 03-64367 |
| | ) | |

## MOTION TO RECOVER UNCLAIMED FUNDS

Comes now, Hugo Sarabia, Sr., creditor, by and through his attorney, Alan D. Naggatz, and moves the Court for an Order pursuant to N.D. Ind. L. B. R. B-3011-1 for release of unclaimed funds deposited with the Clerk of the Court pursuant to 11 U.S.C. § 347(a), Fed. R. Bankr. P. 3011 and in support thereof states as follows:

1. The Debtor is entitled to distribution of the unclaimed funds in the amount of $9.289.12.

2. That said funds were first sent by the Trustee to the creditor at 2212 N. Western Road, Mission, TX 78572. The said check was never received by the creditor nor the check cashed as stated in the Notice of Unclaimed Funds filed by the trustee on September 9, 2014.

3. At the time of the filing of this case, Hugo Sarabia, Sr. had an address at 2212 N. Western Road, Mission, TX 78572. That address is no longer valid. The change of address may have prevented the delivery of the original dividend check.

4. The claimant's current mailing address, phone and social security/tax identification number are:

   Hugo Sarabia, Sr.
   3601 Sheriton Ave #3
   Pharr, TX 78577
   956-438-1667
   SSN/TIN: redacted

5. Dilks & Knopik, LLC has been appointed by Hugo Sarabia, Sr. as its Attorney-in-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. Dilks & Knopik, LLC is acting through its Attorney, Alan D. Naggatz, Attorney, of the Law Office of Alan D. Naggatz to recover these funds on behalf of Hugo Sarabia, Sr.

6.   Applicant has no knowledge that this claim has been previously paid or that any party other than the claimant is entitled to these funds.

7.   That notice is served upon the United States Attorney pursuant to Fed. R. Bankr. P. 7004.

8.   That the Court take judicial notice of the Trustee's Notice of Deposit of Unclaimed Funds filed September 9, 2014 and Trustee's Final Report and Distribution Summary in granting this motion.

9.   Wherefore Applicant moves the Court for an Order releasing the unclaimed funds in the amount of $9,289.12 made payable to Hugo Sarabia, Sr. c/o Dilks & Knopik, LLC, and it's attorney Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso, IN 46383 and for such other relief is just and proper.

DATED: December 10, 2014                     Respectfully Submitted,

/s/ Alan D. Naggatz
Alan D. Naggatz/17479-64
175 W. Lincolnway, Suite I
Valparaiso, IN 46383
(219) 476-7222

## CERTIFICATE OF SERVICE

I certify that on October 14, 2014, service of true and complete copies of this Motion was made upon the following Distribution List herein, electronic filing notice or by depositing the same in the United States Mail, properly addressed with sufficient first class postage affixed.

US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601
Trustee: Kenneth A. Manning, 200 Monticello Drive, Dyer, IN 46311
US Attorney, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320
Rainbow Transport, Inc., c/o Joseph B. Cioe, Jr., 202 E. Monroe Street, Valparaiso, IN 46383

/s/ Alan D. Naggatz
Alan D. Naggatz