UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE: )
)  Case: 03-64367
Rainbow Transport Inc.  )  Chapter: 7
)
Debtor(s) )

## AFFIDAVIT OF OWNERSHIP

I, Hugo Sarabia Sr., under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $9,289.12, which is the sum of monies deposited with the court in the above referenced case.

2. I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

3. I was a trucking contractor for Rainbow Transport Inc., from 2001 – 2003.

4. I am the legal owner of the unclaimed funds and, therefore, entitled to payment of said funds listed herein. I have not transferred or assigned said funds to any other entity.

5. The following is my current address and phone number:
   Hugo Sarabia Sr.
   3601 Sheriton Ave #3
   Pharr, TX 78577
   956.438.1667

6. I pray the Court will accept this Affidavit of Ownership and grant an Order releasing the unclaimed funds pursuant to the Application for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC.

Dated  10-23-14   By: _____
                       Hugo Sarabia Sr.


STATE OF  TX  , COUNTY OF  Hidalgo

On  10/23/2014  before me, personally appeared (insert name of the signer)
Hugo Sarabia Sr.
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)                My commission expires on  2/18/2015

VELMA R FLYNN
NOTARY PUBLIC, STATE OF TEXAS
MY COMM. EXP. 2/18/15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

RE: Rainbow Transport Inc.

Debtor(s)

Case: 03-64367

AUTHORITY TO ACT
Limited Power of Attorney
LIMITED TO ONE TRANSACTION

USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. Hugo Sarabia Sr. ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $9,289.12 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

x _Hugo Sarabia Sr._____
Hugo Sarabia Sr.

Date: 10-23-, 20 14

Tax ID: XXX-XX-3040

ACKNOWLEDGMENT

STATE OF TX         )                COUNTY OF Hidalgo        )

On this 23 day of October, _____, before me, the undersigned Notary Public in and for the said County and State, personally appeared Hugo Sarabia Sr., known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Velma R Flynn

Residing at 516 West Weine Avenue

My Commission expires 2/18/2015

VELMA R FLYNN
NOTARY PUBLIC, STATE OF TEXAS
MY COMM. EXP. 2/18/15