UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
Hammond Division

IN THE MATTER OF:                           )
                                            )
Rainbow Transport                           )          CASE NO. 03-64367
                                            )          CHAPTER 7
                                            )
        Debtor(s)                           )

**O R D E R**

At Hammond, Indiana on    JUL 0 8 2015

The Court, having reviewed the Affidavit of Ownership filed by Hugo Sarabia Jr, finds that the requirements of N.D. Ind. L.B.R. B-3011-1 have been met. The Court further finds that Hugo Sarabia Jr is entitled to the unclaimed funds and that the right to payment of the funds has not been transferred or assigned to any other entity. Further, the court finds that no objection has been raised by the United States Attorney.

IT IS ORDERED that Hugo Sarabia Jr is hereby directed to contact the Financial Department of the United States Bankruptcy Court (574) 968-2226, in order to submit the required tax identification number (IRS W9 form). Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury FUND #6047BK in the amount of $$4,536.13 to Hugo E. Sarabia Jr 521 E Melos Lane Palmview, TX 78574.

_J. Philip Klingeberger_ JS 104
_____
Judge, United States Bankruptcy Court